**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JASPER WEMH,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-13-0476** |
| v. : | |
| : | **(Judge Caputo)** |
| **JANET NAPOLITANO, *ET AL*.,** : | |
| : | |
| Respondents : | |

# O R D E R

**AND NOW**, this 29th day of **OCTOBER**, **2015**, based on the accompanying memorandum, it is ordered that:

1. Mr. Wemh's Petition for Mandamus (Doc. 1) is dismissed without prejudice for lack of jurisdiction.

2. The Clerk of Court shall close this file.

                /s/ A. Richard Caputo
                **A. RICHARD CAPUTO**
                **United States District Judge**